The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS MARTINEZ JIMENEZ , <br><br> Petitioner, <br><br> v. <br><br> MARIA GUADALUPE LOZA LOZANO, <br><br> Respondent. | CASE No. C05-5736 FDB <br><br> ***NE EXEAT* ORDER AND ORDER REQUIRING APPEARANCE OF RESPONDENT AND CHILD AT HEARING** |

This matter having come before this Court on petitioner's Petition For *Ex Parte Ne Exeat* Order and Order Requiring Appearance of Respondent and Child at Hearing (the "Petition for *Ne Exeat* Order"), and this Court having considered the Petition for *Ne Exeat* Order, petitioner's Amended Petition for Return of Child to Petitioner filed in this matter (dct.# 5) (the "Petition for Return"), the Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980, the International Child Abduction Remedies Act, and the records and files herein, and having heard oral argument from the petitioner, and otherwise being fully informed, this Court finds that it is appropriate to grant the Petition for *Ne Exeat* Order.

\\\

\\\

IT IS THEREFORE ORDERED that:

1. Mrs. Maria Guadalupe Loza Lozano appear, together with RLJ, at the hearing on the Petition for Return; and

2. Mrs. Maria Guadalupe Loza Lozano is prohibited from removing RLJ from the jurisdiction of this Court pending hearing on the Petition for Return.

3. Mrs. Maria Guadalupe Loza Lozano shall appear with RLJ at the hearing on May 25, 2006 at 10 a.m. in the Courtroom of the undersigned judge at the United States Courthouse, 1717 Pacific Ave., Tacoma, Washington 98402.

Dated: April 13, 2006

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

DLA PIPER RUDNICK GRAY CARY US LLP

 s/     Kit Roth
Kit Roth, WSBA No. 33059
R. Omar Riojas, WSBA No. 35400

Attorneys for Petitioner

701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801
E-Mail: kit.roth@dlapiper.com

SE\9070734.1
1-6