The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS MARTINEZ JIMENEZ ,

Petitioner,

v.

MARIA GUADALUPE LOZA LOZANO,

Respondent.

CASE No. C05-5736 FDB

**[PROPOSED] AMENDED *NE EXEAT*
ORDER AND ORDER REQUIRING
APPEARANCE OF RESPONDENT AND
CHILD AT HEARING**

This Court, having held a hearing on May 25, 2006 with petitioner's counsel and respondent present, and having considered respondent's request for time to retain counsel, and otherwise being fully informed, this Court finds that it is appropriate to amend the *Ne Exeat* Order and Order Requiring Appearance of Respondent and Child at Hearing (dct.# 8).

\\\

\\\

\\\

\\\

\\\

\\\

\\\

AMENDED NE EXEAT ORDER AND ORDER
REQUIRING APPEARANCE OF RESPONDENT
AND CHILD AT HEARING  - 1
CASE NO. C05-5736 FDB

DLA Piper Rudnick Gray Cary US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ! Tel: 206.839.4800

1    IT IS THEREFORE ORDERED that:

2    1.    Counsel, if any, appear on behalf of Mrs. Maria Guadalupe Loza Lozano by

3    June 8, 2006;

4    2.    Mrs. Maria Guadalupe Loza Lozano appear, together with RLJ, at the hearing

5    on petitioner's Amended Petition for Return of Child (dkt. #5) on July 6, 2006 at 9:00 AM; and

6    3.    Mrs. Maria Guadalupe Loza Lozano is prohibited from removing RLJ from the

7    jurisdiction of this Court pending hearing on the Petition for Return.

8    DATED this 30th day of May 2006.

9

10

11   FRANKLIN D. BURGESS

12   UNITED STATES DISTRICT JUDGE

13

14   Presented by:

15   DLA PIPER RUDNICK GRAY CARY US LLP

16

17    s/   R. Omar Riojas
     Kit Roth, WSBA No. 33059
18   R. Omar Riojas, WSBA No. 35400

19   Attorneys for Petitioner

20   701 Fifth Avenue, Suite 7000
     Seattle, WA  98104-7044
21   Telephone: (206) 839-4800
     Facsimile: (206) 839-4801
22   E-Mail: omar.riojas@dlapiper.com

23

24

25

26

AMENDED NE EXEAT ORDER AND ORDER          DLA Piper Rudnick Gray Cary US LLP
REQUIRING APPEARANCE OF RESPONDENT              701 Fifth Avenue, Suite 7000
AND CHILD AT HEARING  - 2                 Seattle, WA  98104-7044 ! Tel: 206.839.4800
CASE NO. C05-5736 FDB