The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS MARTINEZ JIMENEZ , <br><br> Petitioner, <br><br> v. <br><br> MARIA GUADALUPE LOZA LOZANO, <br><br> Respondent. | CASE No. C05-5736 FDB <br><br> **STIPULATION AND ORDER RE: CASE SCHEDULE AND CONTINUANCE OF HEARING DATE** |

Petitioner Carlos Martinez Jimenez and Respondent Maria Guadalupe Loza Lozano, through counsel, hereby stipulates as follows:

(1) Petitioner's and Respondent's trial brief to the Court is due on August 24, 2006;

(2) The July 6, 2006 hearing on Petitioner's Amended Petition for Return of Child (the "Petition for Return") (dkt. #5) is hereby continued to August 31, 2006 at 9:00 AM;

(3) Mrs. Maria Guadalupe Loza Lozano shall appear, together with RLJ, at the hearing on the Petition on August 31, 2006 at 9:00 AM;

(4) Mrs. Maria Guadalupe Loza Lozano is prohibited from removing RLJ from the jurisdiction of this Court pending hearing on the Petition for Return;

(5) The previous Case Schedule for the above referenced matter is hereby stricken and no longer applicable.

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE AND CONTINUANCE OF
HEARING DATE  - 1
CASE NO. C05-5736 FDB

DLA Piper Rudnick Gray Cary US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ! Tel: 206.839.4800

1  The purpose of this stipulation is to facilitate preparation for the hearing on the Petition
2  for Return. This stipulation allows petitioner time to continue to attempt to secure a visa for the
3  hearing while also allowing respondent time to respond to the Petition for Return.

5  STIPULATED TO this 23rd day of June, 2006

**DLA PIPER RUDNICK GRAY CARY US LLP**

  s/ Christopher Huck
   *Christopher Huck, WSBA No. 34104
   Kit Roth, WSBA No. 33059
   R. Omar Riojas, WSBA No. 35400

   Attorneys for Petitioner
   701 Fifth Avenue, Suite 7000
   Seattle, WA  98104-7044
   Telephone: (206) 839-4800
   Facsimile: (206) 839-4801
   E-Mail: omar.riojas@dlapiper.com

**JAMES H. BOLDT**

  s/ James H. Boldt (E-Mail Authorization on 6/22/06)
   James H. Boldt, WSBA No. 32225

   Attorneys for Respondent
   P. O. Box 1605
   Shelton, WA 98584
   Telephone: (360) 427-1432
   Facsimile: (360) 426-5832
   E-Mail: familylawattorney1@yahoo.com

**IT IS SO ORDERED**.

DATED this 28th day of June 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE AND CONTINUANCE OF
HEARING DATE - 2
CASE NO. C05-5736 FDB

DLA Piper Rudnick Gray Cary US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ! Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I, Christopher Huck, certify that on the 23rd day of June, 2006, I caused to be served copies of:

(1)   Stipulation and [PROPOSED] Order re: Case Schedule and Continuance of Hearing Date; and

(2)   this Certificate of Service

to the following:

James H. Boldt, WSBA No. 32225
P.O. Box 1605
Shelton, WA 98584
Telephone: (360) 427-1432
Facsimile: (360) 426-5832
E-Mail: familylawattorney1@yahoo.com
Attorneys for Respondent

[ ] Via Hand Delivery
[ ] Via U.S. Mail
[ ] Via Facsimile
[X] Via ECF

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 23rd day of June, 2006.

s/Christopher Huck

SE\9083972.1
125-4565

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE AND CONTINUANCE OF
HEARING DATE - 3
CASE NO. C05-5736 FDB

DLA Piper Rudnick Gray Cary US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ! Tel: 206.839.4800