# United States District Court
## WESTERN DISTRICT OF WASHINGTON

CARLOS MARTINEZ JIMENEZ,

    Petitioner,

    v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5736FDB

MARIA GUADALUPE LOZA LOZANO,

    Respondent,

☒ **Decision by Court**  This action came on before the Court on Petitioners Amended Petition for Return of Child. The issues have been tried or heard and a decision has been rendered.

Based on written Findings of Fact and Conclusions of Law;

IT IS ORDERED AND ADJUDGED

The Petition is GRANTED. The Court will enter a separate order concerning RLJ's return to Mexico. Respondent shall not remove RLJ from the Western District of Washington pending RLJ's return to Mexico.

RLJ shall be returned to Mexico on March 2, 2007. Petitioner shall pay and make arrangements for a direct flight from Seattle to Guadalajara, Jalisco, Mexico for RLJ. Petitioner shall make all of RLJ's flight arrangements. Petitioner, through counsel, shall inform Respondent's counsel of all necessary flight information for RLJ by February 21, 2007. Respondent shall take RLJ to Seattle-Tacoma International Airport on the day of RLJ's scheduled flight purchased by Petitioner and RLJ shall board the scheduled flight. Petitioner, through his counsel of record, shall notify the Court of RLJ's arrival in Guadalajara, Jalisco, Mexico within 24 hours after RLJ's arrival.

DATE:  February 21, 2007

                  BRUCE RIFKIN
                  Clerk

/*s/  Rhonda Miller*
(By) Deputy Clerk